IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



FILED BY ___ D.C.

05 MAY 17 PM 4: 45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT
W.D. OF TN, MEMPHIS

DEXTER MILLER                                                                    PLAINTIFF

vs.            CASE NO. 2:04cv2945-B/P

ARAMARK UNIFORM & CAREER APPAREL, INC.                         DEFENDANT

## ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME

CONSIDERED ON THIS DAY is Plaintiff's Motion for Extension Time. This Court, having been advised that Plaintiff request an extension of time within which to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents, and that counsel for the Defendant has no objection, finds that Plaintiff's motion should be, and hereby is, granted.

Plaintiff shall have up to and including May 31, 2005 within which to file a response to Defendant's First Set of Interrogatories and Requests for Production of Documents.

IT IS SO ORDERED, on this, the ___17___ day of ___May___ 2005.

_____
~~Court~~ Judge
Magistrate

Prepared by:

_____
Lucien Gillham, Ark. Bar No. 99199
HARRILL & SUTTER, P.L.L.C.
Attorneys at Law
Post Office Box 26321
Little Rock, Arkansas 72221
501/224-1050

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _5-18-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02945 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
Little Rock, AR 72221

Honorable J. Breen
US DISTRICT COURT