FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUL 26 PM 1: 24

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DEXTER MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-2945-BP |
| ARAMARK UNIFORM & CAREER APPAREL, INC., | ) Jury Demand |
| Defendant. | ) |

## AGREED ORDER FOR EXTENSION OF DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE

As evidenced by the signatures of counsel below, the parties have agreed to extend the discovery deadline through and including Friday, September 16, 2005, and the dispositive motion deadline through and including Monday, October 17, 2005.

It is accordingly ORDERED that the parties shall have an extension of time through and including Friday, September 16, 2005, to complete discovery and through and including Monday, October 17, 2005, to file dispositive motions in the above-styled action.

ENTERED this 25th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-27-05



APPROVED FOR ENTRY:

OGLETREE, DEAKINS, NASH,
　　SMOAK & STEWART, P.C.

_____
William S. Rutchow ( BPR # 017183)
SunTrust Center, Suite 800
424 Church Street
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 (Facsimile)

Attorneys for Defendant Aramark
Uniform & Career Apparel, Inc.


_____
Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
310 Natural Resources Drive
Little Rock, AR 72221

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02945 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
Little Rock, AR 72221

Honorable J. Breen
US DISTRICT COURT