IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP 19 AM 10: 28
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DEXTER MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-2945-BP |
| ARAMARK UNIFORM & CAREER APPAREL, INC., | ) Jury Demand ) ) |
| Defendant. | ) ) |

**ORDER MODIFYING RULE 16(b) SCHEDULING ORDER**

This cause came before the Court upon Defendant's Motion to Modify Scheduling Order and Continue the trial date and the entire record of this cause from all of which the Court finds the Defendant's Motion to Modify Scheduling Order and Continue the Trial Date is well taken and should be granted and the same is hereby granted as follows:

The deadline for discovery and filing dispositive motions is hereby extended until December 27, 2005.

The deadline for final lists of witnesses and exhibits pursuant to Rule 26(a)(3) is extended for Plaintiff until 45 days prior to trial and for Defendant until 30 days prior to trial. The trial of this matter is continued until March 27, 2006. A proposed Joint Pretrial Order shall be due no later than 10 days prior to the scheduled trial date. The remaining deadlines in the Rule 16(b) Scheduling Order shall remain the same.

It is therefore ORDERED, ADJUDGED AND DECREED.

ENTERED this 19th day of Sept, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05



*JUDGE*

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

_____
William S. Rutchow ( BPR # 017183)
SunTrust Center, Suite 800
424 Church Street
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 (Facsimile)

Attorneys for Defendant Aramark Uniform
& Career Apparel, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this ____ day of September, 2005, a true and correct copy of the foregoing document was served via U.S. Mail, postage pre-paid upon:

Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
310 Natural Resources Drive
Little Rock, AR 72221

_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02945 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
Little Rock, AR 72221

Honorable J. Breen
US DISTRICT COURT