IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEXTER MILLER,           )
                         )
        Plaintiff,       )
                         )
vs.                      )   Civ. No. 04-2945-B/P
                         )
ARAMARK UNIFORM & CAREER )
APPAREL, INC.,           )
                         )
        Defendant.       )
                         )

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION TO COMPEL

Before the court is Plaintiff's Motion to Compel, filed December 12, 2005 (Dkt #19). Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Plaintiff states in his motion that "counsel has attempted to resolve this discovery dispute in good faith for a period of months on numerous occasions. Defendant has for the most part not responded or given a basis for its objections." However, there is

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-16-05



no indication whether plaintiff consulted with defendant prior to filing this motion to compel.

Therefore, plaintiff's motion is DENIED, without prejudice.

Plaintiff may renew his motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_/s/ Tu M. Pham_
TU M. PHAM
United States Magistrate Judge

_December 15, 2005_
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02945 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Andrew C. Clarke
BAILEY & CLARKE
6256 Poplar Avenue
Memphis, TN 38119

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
Little Rock, AR 72221

Honorable J. Breen
US DISTRICT COURT