IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

DEXTER MILLER,

    Plaintiff,

vs.    Civ. No. 04-2945-B/P

ARAMARK UNIFORM & CAREER APPAREL, INC.,

    Defendant.

## AMENDED SCHEDULING ORDER

Before the court is Plaintiff's Motion to Extend Time, filed December 12, 2005 (dkt #18). For good cause shown, and defendant having no opposition thereto, the motion is GRANTED. The scheduling order is amended as follows:

    a.    **Discovery Completion**: January 27, 2006

    b.    **Dispositive Motion**: January 27, 2006

The dates previously set for the proposed joint pretrial order, pretrial conference, and jury trial, shall remain the same.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 23, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02945 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Lucien Gillham
HARRILL & SUTTER, PLLC
P.O. Box 26321
Little Rock, AR 72221

Andrew C. Clarke
BAILEY, CLARKE & BEUFIELD
6256 Poplar Avenue
Memphis, TN 38119

William S. Rutchow
OGLETREE DEAKINS NASH SMOAK & STEWART
424 Church St.
Ste. 800
Nashville, TN 37219

Honorable J. Breen
US DISTRICT COURT